# M A N D A T E

**THE STATE OF TEXAS**

**TO THE COUNTY COURT AT LAW NO. 5 OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on September 24, 2014, the cause upon appeal to revise or reverse your judgment between

San Antonio Water System, Appellant

V.

Beatriz Smith, Appellee

No. 04-13-00898-CV and Tr. Ct. No. 383935

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the trial court's order of December 5, 2013, denying the San Antonio Water System's plea to the jurisdiction, is AFFIRMED.**

**We ORDER that Beatriz Smith recover her costs of this appeal from the San Antonio Water System.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on February 3, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-13-00898-CV

## San Antonio Water System

### v.

### Beatriz Smith

(NO. 383935 IN COUNTY COURT AT LAW NO. 5 OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | PAUL CAMPOLO |
| MOTION FEE | $10.00 | E-PAID | CLARISSA RODRIGUEZ |
| CLERK'S RECORD | $146.00 | PAID | CLARISSA RODRIGUEZ |
| CLERK'S RECORD | $146.00 | PAID | CLARISSA RODRIGUEZ |
| REPORTER'S RECORD | $137.00 | PAID | DENTON, NAVARRO, ROCHA, & BERNAL, PC |
| STATEWIDE EFILING FEE | $20.00 | PAID | DENTON NAVARRO ROCHA BERNAL |
| FILING | $100.00 | PAID | DENTON NAVARRO ROCHA BERNAL |
| INDIGENT | $25.00 | PAID | DENTON NAVARRO ROCHA BERNAL |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | DENTON NAVARRO ROCHA BERNAL |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas: 0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this February 3, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853